## **DECLARATION OF GARY WELCHEN**

I, Gary Welchen, state and declare as follows:

1. I, Gary Welchen, am a 50-year-old resident of Sacramento.

2. I was arrested for second-degree burglary today (Friday, January 29), and booked in the county jail by the Sacramento Sheriff's Office.

3. When I got to jail, I was given a booking form which stated that I would be released if I paid $10,000. I was informed that if I did not pay, I would have to remain in jail.

4. I was formerly employed as a contractor and roofer but sustained a severe back injury that has left me unable to work since 1976. I do not have a job and my only income is Social Security disability payments. I have no savings, and I am currently experiencing homelessness.

5. I cannot afford to buy my release from jail. If I had the money, I would immediately pay for my release.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Gary Welchen
January 29, 2016