KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5781
 Fax:  (415) 703-1234
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendant Kamala Harris, Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY WAYNE WELCHEN,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General; et al.,**<br><br>Defendants. | 2:16-cv-185-TLN-KJN<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING; ORDER**<br><br>Judge:         The Honorable Troy L. Nunley<br>Action Filed:  January 29, 2016 |

On October 11, 2016, this Court granted in part and denied in part the motions to dismiss filed by Defendants Attorney General Harris and County of Sacramento.  (ECF No. 30.)  The Court also granted the County's motion for a more definite statement, and directed Plaintiff Gary Wayne Welchen to file an amended complaint on his due process claim within 30 days.  (*Id.*)

Welchen filed the First Amended Complaint on November 9, 2016.  (ECF 31.)  The deadline for Defendants to file a responsive pleading is November 23, 2016.  Fed. R. Civ. P. 12(a)(4)(B).  In light of the upcoming holidays and scheduling conflicts for the parties' respective

1

counsel, the parties stipulate under Local Rule 143 to extend this deadline.  Any responsive pleading shall be filed by December 13, 2016.

Dated: 11/22/16                    /s/ *Phil Telfeyan*
                                   Phil Telfeyan, Esq.
                                   Equal Justice Under Law
                                   Attorneys for Plaintiff Gary Welchen


Dated: 11/22/16                    /s/ *Carl L. Fessenden*
                                   Carl L. Fessenden, Esq.
                                   Porter Scott, APC
                                   Attorneys for Defendant Sacramento County


Dated: 11/22/16                    /s/ *Jose A. Zelidon-Zepeda*
                                   Jose A. Zelidon-Zepeda, Dep. Atty. Gen.
                                   California Department of Justice
                                   Attorneys for Defendant K. Harris


   Per the parties' stipulation, IT IS SO ORDERED.

Dated: November 30, 2016

                                   _____
                                   Troy L. Nunley
                                   United States District Judge

2