1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | HEATHER HOESTEREY, State Bar No. 201254
Supervising Deputy Attorney General
3 | JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
Deputy Attorney General
4 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
5 | Telephone:  (415) 510-3879
Fax:  (415) 703-1234
6 | E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendant Attorney General Rob*
7 | *Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY WAYNE WELCHEN,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, Attorney General, et al,**<br><br>Defendants. | 2:16-cv-00185-TLN-DB<br><br>**ORDER RE CASE DEADLINES**<br><br>Judge:         The Honorable Troy L. Nunley<br>Trial Date:    Not set<br>Action Filed:  January 29, 2016 |

Per the Court August 17, 2021 Minute Order (ECF No. 77), the parties have conferred regarding case deadlines, and submit this Proposed Order.

1. Deadline to file dispositive motions: January 14, 2022.

2. Expert discovery cutoff (if necessary): December 1, 2021.

3. Fact discovery cutoff: November 1, 2021.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: August 31, 2021 | */s/ Phil Telfeyan* |
| 2 | | Phil Telfyan, Esq. |
| | | Equal Justice Under Law |
| 3 | | Counsel for Plaintiff |

Dated: August 31, 2021        */s/ John Whitefleet*
                              John Whitefleet, Esq.
                              Porter Scott
                              Counsel for Defendant County of Sacramento

Dated: August 31, 2021        */s/ Jose A. Zelidon-Zepeda*
                              Jose A. Zelidon-Zepeda, Dep. Atty. General
                              California Department of Justice
                              Counsel for Defendant Rob Bonta

The Court has reviewed the parties' proposed case deadlines. Good cause appearing, the Court adopts these deadlines.

IT IS SO ORDERED.

Dated: September 2, 2021

Troy L. Nunley
United States District Judge

2

Prop. Order re: Case Deadlines  (2:16-cv-00185-TLN-DB)