1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MARK BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 510-3879
    Fax:  (415) 703-1234
6   E-mail:  Jose.ZelidonZepeda@doj.ca.gov
   *Attorneys for Defendant Attorney General Rob*
7  *Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY WAYNE WELCHEN,** | 2:16-cv-00185-TLN-DB |
| Plaintiff, | **STIPULATION RE: DEADLINE TO FILE SUPPLEMENTAL BRIEF ON INJUNCTIVE RELIEF; ORDER** |
| v. | |
| **ROB BONTA, Attorney General; et al.,** | |
| Defendants. | Dept: Courtroom 2, 15th Floor<br>Judge: The Honorable Troy L. Nunley<br>Trial Date: Not set<br>Action Filed: January 29, 2016 |

On January 14, 2022, Plaintiff Gary Wayne Welchen filed a Motion for Partial Summary Judgment. (ECF No. 80.) On September 22, 2022, this Court entered an Order, granting Plaintiff's Motion for Partial Summary Judgment, and concluding that "the use of the bail schedule in Sacramento County is unconstitutional." (ECF No. 89 at 24.) The Court directed the parties to file supplemental briefing "as to the nature of injunctive relief necessary in this case," by October 6, 2022. (*Id.*)

1

The parties have conferred and agree that they will need additional time to fully brief the injunctive relief question. Per Local Rule 143, the parties stipulate and request that the Court extend the deadline for the parties' supplemental briefing by four weeks, until November 3, 2022.

Dated: 9/29/2022                     /s/ *Phil Telfeyan*
                                     Phil Telfeyan, Esq.
                                     Equal Justice Under Law
                                     Counsel for Plaintiff


Dated: 9/29/2022                     /s/ *John Whitefleet*
                                     John Whitefleet, Esq.
                                     Porter Scott
                                     Counsel for Defendant County of Sacramento


Dated: 9/29/2022                     /s/ *Jose A. Zelidon-Zepeda*
                                     Jose A. Zelidon-Zepeda, Dep. Atty. General
                                     California Department of Justice
                                     Counsel for Defendant Rob Bonta

The Court has reviewed the parties' stipulation and proposed deadline on supplemental briefing. Good cause appearing, the Court adopts this deadline.

IT IS SO ORDERED.

Dated: September 30, 2022
                                     _____
                                     Troy L. Nunley
                                     United States District Judge