1

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

2

3

4

5

6    Attorneys for Defendant SCOTT JONES

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   GARY WAYNE WELCHEN, on behalf of         CASE NO.  2:16-cv-00185 TLN-DB
     himself and others similarly situated,

12                                            **SECOND STIPULATION RE:**
                Plaintiffs,                   **DEADLINE TO FILE SUPPLEMENTAL**
13                                            **BRIEF ON INJUNCTIVE RELIEF;**
                                              **ORDER**
14   v.

15   THE COUNTY OF SACRAMENTO, ROB            Amended Complaint Filed:  11/09/2016
     BONTA in his Official Capacity as the    Complaint Filed: 01/29/2016
16   California Attorney General, and SCOTT
     JONES in his Official Capacity as the
17   Sacramento County Sheriff,

18
                Defendants.
19   _____/

20

21        On January 14, 2022, Plaintiff Gary Wayne Welchen filed a Motion for Partial Summary

22   Judgment. (ECF No. 80.) On September 22, 2022, this Court entered an Order, granting Plaintiff's

23   Motion for Partial Summary Judgment, and concluding that "the use of the bail schedule in

24   Sacramento County is unconstitutional." (ECF No. 89 at 24.) The Court directed the parties to file

25   supplemental briefing "as to the nature of injunctive relief necessary in this case," by October 6,

26   2022. (Id.)  On September 30, 2022, this supplemental briefing was extended by stipulation to

27   November 3, 3022.  (ECF No. 91)

28        Defendant Jones submits additional time is needed for the parties to confer before the

     briefing is submitted, made complicated by the fact that a new Sheriff has been elected and will

**SECOND STIPULATION RE: DEADLINE TO FILE SUPPLEMENTAL BRIEF ON INJUNCTIVE RELIEF; ORDER**

PORTER |SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

soon take office, which requires coordination with both outgoing and incoming administrations. Defendant requests the deadline for all parties to submit supplemental briefing be extended to December 15, 2022.   The parties have conferred and agree to this accommodation and extended deadline.

Respectfully submitted,

Equal Justice Under Law

Dated: November 2, 2022        */s/ Phil Telfeyan  (Auth'd on 11/02/22)*
Phil Telfeyan (California Bar No. 258270)
400 7th Street NW, Suite 602
Washington, D.C. 20004
(202) 505-2058
ptelfeyan@equaljusticeunderlaw.org
*Attorney for Plaintiffs*

California Department of Justice

Dated: November 2, 2022        /s/ Jose A. Zelidon-Zepeda *(Auth'd on 11/02/22)*
Jose A. Zelidon-Zepeda, Dep. Atty. Gen.
Attorneys for Defendant Rob Bonta

Dated:  November 3, 2022       PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/John R. Whitefleet
John R. Whitefleet
Attorneys for Defendant SCOTT JONES

<u>ORDER</u>

The Court has reviewed the parties' stipulation and proposed deadline on supplemental briefing. Good cause appearing, the Court adopts this deadline.

IT IS SO ORDERED.

Dated: November 3, 2022

Troy L. Nunley
United States District Judge

2

**SECOND STIPULATION RE: DEADLINE TO FILE SUPPLEMENTAL BRIEF ON INJUNCTIVE RELIEF; ORDER**

PORTER |SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706