| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 12 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GARY WAYNE WELCHEN,

    Plaintiff-Appellee,

 v.

ROB BONTA, in his official capacity as the Attorney General of California,

    Defendant-Appellant,

 and

SCOTT R. JONES, in his official capacity as the Sacramento County Sheriff,

    Defendant.

No. 22-16649

D.C. No. 2:16-cv-00185-TLN-DB
Eastern District of California, Sacramento

ORDER

This case shall continue to be held in abeyance. The Clerk is directed to temporarily close this court's docket for administrative purposes until April 11, 2023. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

An informal email report (sent to Robert_Kaiser@ca9.uscourts.gov) shall be provided by the earlier of (a) within ten business days of the entry of a decision by the district court on the pending motion for injunctive relief; or (b) April 4, 2023.

           FOR THE COURT:

           By: Robert S. Kaiser
           Circuit Mediator